■ JOHN BROWN, Respondent, v ELI ARAN et al., Appellants. [646 NYS2d 462] —Judgment unanimously affirmed with

costs. Same Memorandum as in *Downes v Aran* (229 AD2d 1025 [decided herewith]). (Appeal from Judgment of Supreme Court, Queens County, Rutledge, J.—Summary Judgment.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.